UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SHAUN ROCKSTROM,<br><br>                  Plaintiff,<br><br> vs.<br><br>MARO ORTIZ and ERIK BIVIANO,<br><br>                  Defendants. | NO: CV-12-5011-JPH<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION, DISMISSING COMPLAINT WITHOUT PREJUDICE AND DIRECTING THAT COLLECTION OF THE FILING FEE CEASE |

      Magistrate Judge Hutton filed a Report and Recommendation, ECF No. 33, recommending Mr. Rockstrom's Motion to Voluntarily Dismiss this action and his request to waive future filing fee payments be granted. Defendants have not been served. There being no objections, the Court **ADOPTS** the Report and Recommendation. Accordingly, **IT IS ORDERED** Plaintiff's Motion, ECF No. 30, is **GRANTED** and the Complaint is **DISMISSED WITHOUT PREJUDICE**.

ORDER ADOPTING REPORT AND RECOMMENDATION, DISMISSING COMPLAINT WITHOUT PREJUDICE AND DIRECTING THAT COLLECTION OF THE FILING FEE CEASE --1

1    **IT IS FURTHER ORDERED** Plaintiff's Motion to waive filing fee, ECF

2 No. 31, is **GRANTED** and the institution having custody of Mr. Rockstrom shall

3 cease collection of the filing fee in this action, cause number **CV-12-5011-JPH.**

4    **IT IS SO ORDERED.** The District Court Executive is directed to enter this

5 Order, enter judgment of dismissal without prejudice, forward a copy to Plaintiff

6 and close the file. The District Court Executive is further directed to send a copy

7 of this Order to the **Office of the Department of Corrections, Attn: LFO/COS**

8 **UNIT, P.O. Box 41107, Olympia, WA 98504-1107,** to forward to the appropriate

9 agency having custody of Plaintiff. The District Court Executive also shall provide

10 a copy of this Order to the Financial Administrator for the United States District

11 Court, Eastern District of Washington.

12    **DATED** this 19th day of July 2012.

13

14                     *s/ Rosanna Malouf Peterson*
                     ROSANNA MALOUF PETERSON
                     Chief United States District Court Judge

15

16

17

18

19

20 ORDER ADOPTING REPORT AND RECOMMENDATION, DISMISSING COMPLAINT WITHOUT PREJUDICE AND DIRECTING THAT COLLECTION OF THE FILING FEE CEASE --2